**LEX OPUS**
Mohammed K. Ghods (SBN 144616)
mghods@lexopusfirm.com
Jeremy A. Rhyne (SBN 217378)
jrhyne@lexopusfirm.com
2100 N. Broadway, Ste. 210
Santa Ana, CA  92706
Telephone:   (714) 558-8580
Facsimile:   (714) 558-8579

Attorney for *Defendant*
*SCREAMLINE INVESTMENT CORP.*

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO SERRANO, on behalf of himself and others similarly situated,<br><br>              Plaintiff,<br><br>    v.<br><br>FLIXBUS, INC.; SCREAMLINE INVESTMENT CORPORATION D/B/A TOURCOACH CHARTER & TOURS; USA COACH SERVICES, INC., and DOES 1-10 inclusive,<br><br>              Defendants. | Case No. 2:20-CV-04355<br><br>**SCREAMLINE INVESTMENT CORPORATION D/B/A TOURCOACH CHARTER & TOURS' ANSWER TO COMPLAINT**<br><br>Complaint served: May 19, 2020 |

- 1 -

DEFENDANT SCREAMLINE INVESTMENT CORP.'S ANSWER TO COMPLAINT

Defendant SCREAMLINE INVESTMENT CORPORATION D/B/A TOURCOACH CHARTER & TOURS ("Screamline") answers and responds to the Complaint of Plaintiff FRANCISCO SERRANO ("Plaintiff") as follows:

1.      In answer to 1 of the Complaint, Screamline denies that it has illegally discriminated against Plaintiff or other class members on the basis of their disabilities.

2.      In answer to paragraph 2 of the Complaint, Screamline admits that it provides tour services within California.  Except as so admitted, Screamline lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in the said paragraph, and on that basis denies each and every remaining allegation contained therein.

3.      In answer to paragraph 3 of the Complaint, Screamline admits that the law requires that transportation providers provide accessible transportation services to customers with disabilities.  Except as so admitted, Screamline lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in the said paragraph, and on that basis denies each and every remaining allegation contained therein.

4.      In answer to paragraph 4 of the Complaint, Screamline denies each and every allegation contained therein.

5.      In answer to paragraph 5 of the Complaint, Screamline denies each and every allegation contained therein.

6.      In answer to paragraph 6 of the Complaint, Screamline admits that Plaintiff is *seeking* the items identified.  Except as so admitted, Screamline lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in the said paragraph, and on that basis denies each and every remaining allegation contained therein.

7.      In answer to paragraph 7 of the Complaint, the referenced statutes

- 2 -

provide what they provide, and this requires no admission or denial by Screamline.

8.    In answer to paragraph 8 of the Complaint, the referenced statutes provide what they provide, and this requires no admission or denial by Screamline.

9.    In answer to paragraph 9 of the Complaint, the referenced statutes provide what they provide, and this requires no admission or denial by Screamline.

10.    In answer to paragraph 10 of the Complaint, Screamline denies the allegations of this paragraph.

11.    In answer to paragraph 11 of the Complaint, Screamline admits the allegations of this paragraph insofar as it is referring to the first count.

12.    In answer to paragraph 12 of the Complaint, Screamline admits the allegations of this paragraph, but the Court has discretion to exercise, or not exercise, its supplemental jurisdiction over the state law claims.

13.    In answer to paragraph 13 of the Complaint, Screamline admits the allegations of this paragraph.

14.    In answer to paragraph 14 of the Complaint, Screamline admits that this Court has jurisdiction over it.   Except as so admitted, Screamline lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in the said paragraph, and on that basis denies each and every remaining allegation contained therein.

15.    In answer to paragraph 15 of the Complaint, Screamline admits venue in this court is proper.   Except as so admitted, Screamline lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in the said paragraph, and on that basis denies each and every remaining allegation contained therein.

16.    In answer to paragraph 16 of the Complaint, Screamline lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph, and on that basis denies each and every allegation contained therein.

- 3 -

17.     In answer to paragraph 17 of the Complaint, Screamline lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph, and on that basis denies each and every allegation contained therein.

18.     In answer to paragraph 18 of the Complaint, Screamline lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph, and on that basis denies each and every allegation contained therein.

19.     In answer to paragraph 19 of the Complaint, Screamline lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph, and on that basis denies each and every allegation contained therein.

20.     In answer to paragraph 20 of the Complaint, Screamline lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph, and on that basis denies each and every allegation contained therein.

21.     In answer to paragraph 21 of the Complaint, Screamline lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph, and on that basis denies each and every allegation contained therein.

22.     In answer to paragraph 22 of the Complaint, Screamline lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph, and on that basis denies each and every allegation contained therein.

23.     In answer to paragraph 23 of the Complaint, Screamline lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph, and on that basis denies each and every allegation contained therein.

DEFENDANT SCREAMLINE INVESTMENT CORP.'S ANSWER TO COMPLAINT

24.   In answer to paragraph 24 of the Complaint, Screamline admits the allegations of this paragraph.

25.   In answer to paragraph 25 of the Complaint, Screamline lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph, and on that basis denies each and every allegation contained therein.

26.   In answer to paragraph 26 of the Complaint, Screamline admits that it operates fixed route over the road tour services.  Except as so admitted, Screamline lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph, and on that basis denies each and every allegation contained therein.

27.   In answer to paragraph 27 of the Complaint, Screamline lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph, and on that basis denies each and every allegation contained therein.

28.   In answer to paragraph 28 of the Complaint, Screamline denies each and every allegation contained therein.

29.   In answer to paragraph 29 of the Complaint, Screamline admits, for itself, the allegations of this paragraph.

30.   In answer to paragraph 30 of the Complaint, Screamline admits, for itself, the allegations of this paragraph.

31.   In answer to paragraph 31 of the Complaint, Screamline lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph, and on that basis denies each and every allegation contained therein.

32.   In answer to paragraph 32 of the Complaint, Screamline lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph, and on that basis denies each and every

DEFENDANT SCREAMLINE INVESTMENT CORP.'S ANSWER TO COMPLAINT

1    allegation contained therein.

2           33.    In answer to paragraph 33 of the Complaint, Screamline lacks

3    sufficient knowledge or information to form a belief as to the truth of the

4    allegations contained in this paragraph, and on that basis denies each and every

5    allegation contained therein.

6           34.    In answer to paragraph 34 of the Complaint, Screamline lacks

7    sufficient knowledge or information to form a belief as to the truth of the

8    allegations contained in this paragraph, and on that basis denies each and every

9    allegation contained therein.

10          35.    In answer to paragraph 35 of the Complaint, Screamline lacks

11   sufficient knowledge or information to form a belief as to the truth of the

12   allegations contained in this paragraph, and on that basis denies each and every

13   allegation contained therein.

14          36.    In answer to paragraph 36 of the Complaint, Screamline lacks

15   sufficient knowledge or information to form a belief as to the truth of the

16   allegations contained in this paragraph, and on that basis denies each and every

17   allegation contained therein.

18          37.    In answer to paragraph 37 of the Complaint, Screamline lacks

19   sufficient knowledge or information to form a belief as to the truth of the

20   allegations contained in this paragraph, and on that basis denies each and every

21   allegation contained therein.

22          38.    In answer to paragraph 38 of the Complaint, Screamline admits it

23   operates some tours for Flixbus.  Except as so admitted, Screamline lacks sufficient

24   knowledge or information to form a belief as to the truth of the allegations

25   contained in this paragraph, and on that basis denies each and every allegation

26   contained therein.

27          39.    In answer to paragraph 39 of the Complaint, Screamline lacks

28   sufficient knowledge or information to form a belief as to the truth of the

DEFENDANT SCREAMLINE INVESTMENT CORP.'S ANSWER TO COMPLAINT

allegations contained in this paragraph, and on that basis denies each and every allegation contained therein.

40.    In answer to paragraph 40 of the Complaint, Screamline lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph, and on that basis denies each and every allegation contained therein.

41.    In answer to paragraph 41 of the Complaint, Screamline lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph, and on that basis denies each and every allegation contained therein.

42.    In answer to paragraph 42 of the Complaint, Screamline lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph, and on that basis denies each and every allegation contained therein.

43.    In answer to paragraph 43 of the Complaint, Screamline lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph, and on that basis denies each and every allegation contained therein.

44.    In answer to paragraph 44 of the Complaint, Screamline lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph, and on that basis denies each and every allegation contained therein.

45.    In answer to paragraph 45 of the Complaint, Screamline lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in the said paragraph, and on that basis denies each and every allegation contained therein.

46.    In answer to paragraph 46 of the Complaint, Screamline lacks sufficient knowledge or information to form a belief as to the truth of the

- 7 -

allegations contained in this paragraph, and on that basis denies each and every allegation contained therein.

47.    In answer to paragraph 47 of the Complaint, Screamline lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph, and on that basis denies each and every allegation contained therein.

48.    In answer to paragraph 48 of the Complaint, Screamline lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph, and on that basis denies each and every allegation contained therein.

49.    In answer to paragraph 49 of the Complaint, Screamline lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph, and on that basis denies each and every allegation contained therein.

50.    In answer to paragraph 50 of the Complaint, Screamline lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph, and on that basis denies each and every allegation contained therein.

51.    In answer to paragraph 51 of the Complaint, Screamline lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph, and on that basis denies each and every allegation contained therein.

52.    In answer to paragraph 52 of the Complaint, which purports to incorporate by reference each and every allegation contained in the foregoing paragraphs, Screamline likewise incorporates by reference each and every answer to the foregoing paragraphs the same as if set forth herein

53.    In answer to paragraph 53 of the Complaint, Screamline denies that it committed the acts and omissions described by Plaintiffs and that it violated and is

still violating the ADA or related California statutes. The referenced statutes provide what they provide, which requires no admission or denial by Screamline.

54. In answer to paragraph 54 of the Complaint, the referenced definitions Plaintiff hopes to employ require no admission or denial by Screamline.

55. In answer to paragraph 55 of the Complaint, the referenced definitions Plaintiff hopes to employ require no admission or denial by Screamline.

56. In answer to paragraph 56 of the Complaint, Screamline denies that it committed the acts and omissions described by Plaintiffs and that it violated and is or has violated the ADA or related California statutes. The referenced definitions or putative classes require no admission or denial by Screamline.

57. In answer to paragraph 57 of the Complaint, the referenced definitions Plaintiff hopes to employ require no admission or denial by Screamline.

58. This paragraph requires no admission or denial by Starline as it does not comprise a material allegation.

59. In answer to paragraph 59 of the Complaint, Screamline lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph, and on that basis denies each and every allegation contained therein.

60. In answer to paragraph 60 of the Complaint, Screamline denies the allegations of this paragraph.

61. In answer to paragraph 61 of the Complaint, Screamline lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph, and on that basis denies each and every allegation contained therein.

62. In answer to paragraph 62 of the Complaint, Screamline lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in the said paragraph, and on that basis denies each and every allegation contained therein.

- 9 -

63.    In answer to paragraph 63 of the Complaint, Screamline lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in the said paragraph, and on that basis denies each and every allegation contained therein.

64.    In answer to paragraph 64 of the Complaint, Screamline lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in the said paragraph, and on that basis denies each and every allegation contained therein.

65.    In answer to paragraph 65 of the Complaint, which purports to incorporate by reference each and every allegation contained in the foregoing paragraphs, Screamline likewise incorporates by reference each and every answer to the foregoing paragraphs the same as if set forth herein.

66.    In answer to paragraph 66 of the Complaint, Screamline lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in the said paragraph, and on that basis denies each and every allegation contained therein.

67.    In answer to paragraph 67 of the Complaint, no material allegation of fact is alleged here; rather, a statute is quoted, and therefore, no admission or denial is required.  The statute says what it says.

68.    In answer to paragraph 68 of the Complaint, no material allegation of fact is alleged here; rather, a statute is quoted, and therefore, no admission or denial is required.  The statute says what it says.

69.    In answer to paragraph 69 of the Complaint, no material allegation of fact is alleged here; rather, a statute is referenced, and therefore, no admission or denial is required.  The statute says what it says.

70.    In answer to paragraph 70 of the Complaint, no material allegation of fact is alleged here; rather, various statutes are referenced, and therefore, no admission or denial is required.  The statutes say what they say.

71.     In answer to paragraph 71 of the Complaint, Screamline denies each and every allegation contained therein, at least insofar as it relates to its conduct.

72.     In answer to paragraph 72 of the Complaint, Screamline denies each and every allegation contained therein, at least insofar as it relates to its conduct.

73.     In answer to paragraph 73 of the Complaint, Screamline denies each and every allegation contained therein, at least insofar as it relates to its conduct.

74.     In answer to paragraph 74 of the Complaint, Screamline denies each and every allegation contained therein, at least insofar as it relates to its conduct.

75.     In answer to paragraph 75 of the Complaint, Screamline denies each and every allegation contained therein, at least insofar as it relates to its conduct.

76.     In answer to paragraph 76 of the Complaint, Screamline denies each and every allegation contained therein, at least insofar as it relates to its conduct.

77.     In answer to paragraph 77 of the Complaint, Screamline denies each and every allegation contained therein, at least insofar as it relates to its conduct.

78.     In answer to paragraph 78 of the Complaint, Screamline denies each and every allegation contained therein, at least insofar as it relates to its conduct.

79.     In answer to paragraph 79 of the Complaint, Screamline denies each and every allegation contained therein, at least insofar as it relates to its conduct.

80.     In answer to paragraph 80 of the Complaint, Screamline denies each and every allegation contained therein, at least insofar as it relates to its conduct.

81.     In answer to paragraph 81 of the Complaint, which purports to incorporate by reference each and every allegation contained in the foregoing paragraphs, Screamline likewise incorporates by reference each and every answer to the foregoing paragraphs the same as if set forth herein.

82.     In answer to paragraph 82 of the Complaint, no material allegation of fact is alleged here; rather, various statutes are referenced, and therefore, no admission or denial is required.  The statutes say what they say.

83.     In answer to paragraph 83 of the Complaint, no material allegation of

fact is alleged here; rather, various statutes are referenced, and therefore, no admission or denial is required.  The statutes say what they say.  Screamline denies it violated the law.

84.    In answer to paragraph 84 of the Complaint, Screamline denies each and every allegation contained therein, at least insofar as it relates to its conduct.

85.    In answer to paragraph 85 of the Complaint, Screamline denies each and every allegation contained therein, at least insofar as it relates to its conduct.

86.    In answer to paragraph 86 of the Complaint, Screamline denies each and every allegation contained therein, at least insofar as it relates to its conduct.

87.    In answer to paragraph 87 of the Complaint, which purports to incorporate by reference each and every allegation contained in the foregoing paragraphs, Screamline likewise incorporates by reference each and every answer to the foregoing paragraphs the same as if set forth herein.

88.    In answer to paragraph 88 of the Complaint, Screamline denies each and every allegation contained therein, at least insofar as it relates to its conduct.

89.    In answer to paragraph 89 of the Complaint, Screamline denies each and every allegation contained therein, at least insofar as it relates to its conduct.

90.    In answer to paragraph 90 of the Complaint, Screamline denies each and every allegation contained therein, at least insofar as it relates to its conduct.

91.    In answer to paragraph 91 of the Complaint, Screamline denies each and every allegation contained therein, at least insofar as it relates to its conduct.

92.    In answer to paragraph 92 of the Complaint, Screamline denies each and every allegation contained therein, at least insofar as it relates to its conduct.

93.    In answer to paragraph 93 of the Complaint, Screamline denies each and every allegation contained therein, at least insofar as it relates to its conduct.

## PRAYER FOR RELIEF

In answer to paragraphs 1-7 of the Prayer for Relief, Screamline denies that Plaintiffs are entitled to any of the relief sought and denies that Plaintiffs have been

injured or damaged in any way as the result of any act or omission of Screamline.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

1.     AS A FIRST, SEPARATE AND AFFIRMATIVE DEFENSE TO THE COMPLAINT ON FILE HEREIN, AND TO EACH ALLEGED CAUSE OF ACTION CONTAINED THEREIN, Screamline alleges that the Complaint fails to state facts sufficient to constitute a cause of action or claim for relief against Screamline.

### SECOND AFFIRMATIVE DEFENSE

2.     AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE TO THE COMPLAINT ON FILE HEREIN, AND TO EACH ALLEGED CAUSE OF ACTION CONTAINED THEREIN, Screamline alleges that Plaintiff lacks standing to assert the claims averred in the Complaint, and suffered no injury in fact. Screamline further alleges that plaintiff is not a proper class representative for the purported class as defined by Plaintiffs.

### THIRD AFFIRMATIVE DEFENSE

3.     AS A THIRD, SEPARATE AND AFFIRMATIVE DEFENSE TO THE COMPLAINT ON FILE HEREIN, AND TO EACH ALLEGED CAUSE OF ACTION CONTAINED THEREIN, Screamline alleges that the Complaint is barred by the Doctrine of Laches.

### FOURTH AFFIRMATIVE DEFENSE

4.     AS A FOURTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE COMPLAINT ON FILE HEREIN, AND TO EACH ALLEGED CAUSE OF ACTION CONTAINED THEREIN, Screamline alleges that the Complaint is barred by the Doctrine of Unclean Hands.

### FIFTH AFFIRMATIVE DEFENSE

5.     AS A FIFTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE COMPLAINT ON FILE HEREIN, AND TO EACH ALLEGED CAUSE OF

- 13 -

ACTION CONTAINED THEREIN, Screamline alleges that Plaintiffs have waived and/or are estopped and barred from asserting the matters set forth in the Complaint.

### SIXTH AFFIRMATIVE DEFENSE

6.     AS A SIXTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE COMPLAINT ON FILE HEREIN, AND TO EACH ALLEGED CAUSE OF ACTION CONTAINED THEREIN, Screamline alleges that the alleged causes of action set forth in the Complaint, and each of them, are barred by the applicable statutes of limitation, including but not limited to California Code of Civil Procedure §340.

### SEVENTH AFFIRMATIVE DEFENSE

7.     AS A SEVENTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE COMPLAINT ON FILE HEREIN, AND TO EACH ALLEGED CAUSE OF ACTION CONTAINED THEREIN, Screamline alleges that Plaintiffs should be denied the relief sought under the Complaint because Plaintiffs' conduct was manifestly unreasonable.

### EIGHTH AFFIRMATIVE DEFENSE

8.     AS AN EIGHTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE COMPLAINT ON FILE HEREIN, AND TO EACH ALLEGED CAUSE OF ACTION CONTAINED THEREIN, Screamline alleges that the Complaint knowingly contains false statements of material fact.

### NINTH AFFIRMATIVE DEFENSE

9.     AS A NINTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE COMPLAINT ON FILE HEREIN, AND TO EACH ALLEGED CAUSE OF ACTION CONTAINED THEREIN, Screamline alleges that the Complaint is barred by the Doctrine of Estoppel.

### TENTH AFFIRMATIVE DEFENSE

10.     AS AN TENTH, SEPARATE AND AFFIRMATIVE DEFENSE TO

- 14 -

THE COMPLAINT ON FILE HEREIN, AND TO EACH ALLEGED CAUSE OF ACTION CONTAINED THEREIN, Screamline alleges that at all relevant times Screamline has complied with all applicable regulations adopted by the US Department of Transportation, which compliance fully satisfies the obligations owed by Screamline, if any, regarding the matters set forth in the Complaint.

## ELEVENTH AFFIRMATIVE DEFENSE

11.   AS AN ELEVENTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE COMPLAINT ON FILE HEREIN, AND TO EACH ALLEGED CAUSE OF ACTION CONTAINED THEREIN, Screamline alleges that the Court should refuse to exercise supplemental jurisdiction over the state law claims alleged in the Complaint because the state law claims raise novel or complex issues of state law and/or the three state law claims substantially predominate over the single federal claim.

WHEREFORE, Screamline prays as follows:

1.   That Plaintiff take nothing by reason of his Complaint and judgment be rendered in favor of Screamline;

2.   That Screamline be awarded its costs of suit and attorneys' fees incurred in the defense of this action; and

3.   For such other and further relief as the Court may deem just and proper.

Dated: July 8, 2020                          LEX OPUS

By: _____
MOHAMMED K. GHODS
JEREMY A. RHYNE
SANDRA J. VIVONIA
*Attorney for Defendant*
*SCREAMLINE TOURS OF*
*HOLLYWOOD, INC.*

DEFENDANT SCREAMLINE INVESTMENT CORP.'S ANSWER TO COMPLAINT