STROOCK & STROOCK & LAVAN LLP
STEPHEN J. NEWMAN (State Bar No. 181570)
DUSTIN A. LINDEN (State Bar No. 280524)
GAGANJYOT K. SANDHU (State Bar No. 327379)
2029 Century Park East, 18th Floor
Los Angeles, CA 90067-3086
Telephone: 310.556.5800
Facsimile: 310.556.5959
Email: lacalendar@stroock.com

DISABILITY RIGHTS LEGAL CENTER
CHRISTOPHER H. KNAUF (State Bar No. 185180)
ALEXANDRA M. ROBERTSON (State Bar No. 298637)
BRENDAN M. HAMME (State Bar No. 285293)
1541 Wilshire Boulevard, Suite 400
Los Angeles, CA 90017
Telephone: 213.736.1031 x1195
Facsimile: 213.736.1428
Email: ck@drlcenter.org
ar@drlcenter.org
bh@drlcenter.org

Attorneys for Plaintiff
FRANCISCO SERRANO, on behalf of himself and others similarly situated

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO SERRANO, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FLIXBUS INC.; SCREAMLINE INVESTMENT CORPORATION D/B/A TOURCOACH CHARTER & TOURS; USA COACH SERVICES, INC.; and DOES 1 THROUGH 10, inclusive,<br><br>Defendants. | Case No. 2:20-cv-04355-JAK-PJW<br><br>**NOTICE OF SETTLEMENT IN PRINCIPLE BETWEEN PLAINTIFF FRANCISCO SERRANO AND DEFENDANT FLIXBUS INC.**<br><br>Honorable John A. Kronstadt<br>Courtroom 10B<br><br>Action Filed: May 14, 2020<br>Trial Date: None set |

**PLEASE TAKE NOTICE THAT** plaintiff Francisco Serrano ("Plaintiff") and defendant FlixBus Inc. ("FlixBus") (together, the "Parties") have reached an individual settlement in principle, in the form of a written memorandum of understanding ("MOU"). The Parties have executed the MOU. Accordingly, pursuant to Local Rule 7-16, Plaintiff will withdraw the Motion for (1) Entry of Default Judgment Against Defendants FlixBus Inc. and USA Coach Services, Inc. and (2) Class Certification (ECF No. 41) (the "Motion") as to FlixBus only. Upon execution of a final settlement agreement between Plaintiff and FlixBus, Plaintiff anticipates dismissing his claims in this action against FlixBus with prejudice, subject to the Court's retention of jurisdiction for one year to ensure going-forward compliance with the contemplated settlement agreement. Plaintiff's negotiations with defendant Screamline Investment Corporation d/b/a TourCoach Charter & Tours ("TourCoach") are ongoing, and Plaintiff will report further to the Court as these negotiations continue.

No other pending deadlines or filing requirements are impacted by this Notice. This includes any deadlines or filing requirements specific to TourCoach or the other remaining defendants in this action: USA Coach Services, Inc. ("USA Coach"). USA Coach remains in default and has failed to respond to or otherwise participate in this action in any way; as such, the Motion remains on calendar as to USA Coach.

//
//
//

| | | |
|---|---|---|
| Dated: December 15, 2020 | | Respectfully submitted, |

STROOCK & STROOCK & LAVAN LLP
STEPHEN J. NEWMAN
DUSTIN A. LINDEN
GAGANJYOT K. SANDHU

DISABILITY RIGHTS LEGAL CENTER
CHRISTOPHER H. KNAUF
ALEXANDRA M. ROBERTSON
BRENDAN HAMME

By: ___/s/ Stephen J. Newman___
       Stephen J. Newman

Attorneys for Plaintiff
  FRANCISCO SERRANO, on behalf of himself and all others similarly situated

Dated: December 15, 2020

COVINGTON & BURLING LLP
ALI MOJIBI

By: _____/s/ Ali Mojibi__
       Ali Mojibi

Attorneys for Defendant
  FLIXBUS INC.

STROOCK & STROOCK & LAVAN LLP
2029 CENTURY PARK EAST, 18TH FLOOR
LOS ANGELES, CA 90067-3086

## ECF SIGNATURE CERTIFICATION

  Pursuant to Local Rule 5-4.3.4(a)(2), I hereby certify that the content of this document is acceptable to Ali Mojibi, Esq., counsel for Defendant FlixBus Inc., and that Mr. Mojibi has provided his authorization to affix his electronic signature to this document.

Dated:  December 15, 2020          */s/ Stephen J. Newman*
                           Stephen J. Newman

STROOCK & STROOCK & LAVAN LLP
2029 CENTURY PARK EAST, 18TH FLOOR
LOS ANGELES, CA 90067-3086

- 1 -

ECF SIGNATURE CERTIFICATION
Case No. 2:20-cv-04355-JAK-PJW

NY 78322127

# CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2020 a copy of **NOTICE OF SETTLEMENT IN PRINCIPLE BETWEEN PLAINTIFF FRANCISCO SERRANO AND FLIXBUS INC.** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's EM/ECF System.

*/s/ Stephen J. Newman*
Stephen J. Newman

STROOCK & STROOCK & LAVAN LLP
2029 CENTURY PARK EAST, 18TH FLOOR
LOS ANGELES, CA 90067-3086

- 1 -

CERTIFICATE OF SERVICE
Case No. 2:20-cv-04355-JAK-PJW

NY 78322127