UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO SERRANO, on behalf of himself and others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FLIXBUS INC.; SCREAMLINE INVESTMENT CORPORATION D/B/A TOURCOACH CHARTER & TOURS; USA COACH SERVICES, INC.; and DOES 1 THROUGH 10, inclusive,<br><br>　　　　Defendants. | No. 2:20-cv-04355-JAK (PJWx)<br><br>**ORDER RE STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT FLIXBUS INC. ONLY (DKT. 72)** |

Based on a review of the Stipulation of Dismissal with Prejudice as to Defendant FlixBus Inc. Only (the "Stipulation" (Dkt. 72)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**. This action is hereby dismissed with prejudice in its entirety as to Defendant FlixBus Inc. ("FlixBus") only, including all claims alleged therein against FlixBus. Each party shall bear its/his own attorney's fees and costs related to this action, and the negotiations and formation of the Parties' settlement agreement effective March 10, 2021 (the "Settlement Agreement").

The Court will retain jurisdiction with respect to the implementation and enforcement of the terms of the Settlement Agreement until March 10, 2022.

**IT IS SO ORDERED.**

Dated: March 17, 2021

John A. Kronstadt
United States District Judge