1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

11

FRANCISCO SERRANO, on behalf of
himself and others similarly situated,

No. 2:20-cv-04355-JAK-PJW

12

Plaintiff,

**ORDER RE STIPULATION OF
DISMISSAL WITH PREJUDICE AS
TO DEFENDANT SCREAMLINE**

13

v.

**INVESTMENT CORPORATION
D/B/A TOURCOACH CHARTER &**

14

FLIXBUS INC.; SCREAMLINE
INVESTMENT CORPORATION D/B/A

**TOURS ONLY (DKT. 86)**

15

TOURCOACH CHARTER & TOURS;
USA COACH SERVICES, INC.; and

16

DOES 1 THROUGH 10, inclusive,

17

Defendants.

18

19

20

21

22

23

24

25

26

27

28

Based on a review of the Stipulation of Dismissal with Prejudice as to Defendant Screamline Investment Corporation d/b/a TourCoach Charter & Tours Only (the "Stipulation" (Dkt. 86)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**.

The above-captioned action is dismissed with prejudice in its entirety as to defendant Screamline Investment Corporation d/b/a TourCoach Charter & Tours ("TourCoach") only, including all claims alleged therein against TourCoach, with each of the Parties bearing its own attorneys' fees and costs related to this action and the negotiations and formation of the Parties' settlement agreement ("Settlement Agreement"), effective October 29, 2021. The Court will retain jurisdiction with respect to the implementation and enforcement of the terms of the Settlement Agreement for a period of two (2) years, until October 29, 2023.

**IT IS SO ORDERED.**

Dated: ___November 3, 2021___

_____
John A. Kronstadt
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CERTIFICATE OF SERVICE
Case No. 2:20-cv-04355-JAK-PJW

NY 78794984