# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO SERRANO, | No. 2:20-cv-04355-JAK (KSx) |
| Plaintiff, | **JUDGMENT** |
| v. | **(JS-6)** |
| FIXBUS INC., et al., | |
| Defendants. | |

1

Pursuant to Federal Rule of Civil Procedure 54(b), the Court hereby orders and directs the entry of final judgment in favor of Plaintiff Francisco Serrano ("Plaintiff") and against Defendant USA Coach Services, Inc. ("USA Coach") as follows:

1. Default judgment is entered against USA Coach.
2. Plaintiff is the prevailing party in this action.
3. Plaintiff is awarded, and USA Coach shall pay to Plaintiff, $20,000 in statutory damages, $65,801 in attorneys' fees, and $0 in costs, for a total monetary award of $85,801.
4. USA Coach, and its agents, employees, successors, and all other persons in active concert or participation with them, are permanently enjoined from violating Title III of the Americans with Disabilities Act (the "ADA"), 42 U.S.C. §§ 12101 et seq. and California's Unruh Civil Rights Act (the "Unruh Act"), Cal. Civ. Code §§ 51 et seq.
5. Pursuant to 28 U.S.C. § 2201(a), the Court finds and declares that USA Coach has violated the ADA and the Unruh Act in the manner set forth in the Complaint.

**IT IS SO ORDERED.**

Dated:  March 22, 2023

John A. Kronstadt
United States District Judge